9 So.3d 25 (2009)
TL DALLAS (SPECIAL RISKS) LTD. and Great Lakes Reinsurance (U.K.) Plc., Appellants,
v.
REPECHAGE INVESTMENTS, LTD., Appellee.
No. 3D08-2315.
District Court of Appeal of Florida, Third District.
February 18, 2009.
McAlpin Conroy and Richard J. McAlpin and Gabriela M. Prado, for appellants.
Daniel W. Courtney, Miami, for appellee.
Before COPE, SUAREZ, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. Siegle v. Progressive Consumers Ins. Co., 819 So.2d 732 (Fla.2002); Quinones v. Swiss Bank Corp. (Overseas), S.A., 509 So.2d 273 (Fla.1987).